**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Lisa Farmer and Jimmie Hankins, Defendants,

Of whom Jimmie Hankins is the Appellant

and

Lisa Farmer is a Respondent.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2024-002068

---

Appeal From Anderson County
David E. Phillips, Family Court Judge

---

Unpublished Opinion No. 2025-UP-246
Submitted July 10, 2025 – Filed July 14, 2025

---

**AFFIRMED**

---

Harry A. Hancock, of Columbia, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent South Carolina Department of Social Services.

Nima Fiuzat, of Clemson, for Respondent Lisa Farmer.

Kimberly Welchel Pease, of Kimberly Welchel Pease, Attorney at Law, of Seneca, for the Guardian ad Litem.

---

**PER CURIAM:** Jimmie Hankins appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Hankins's counsel.

**AFFIRMED.**[1]

**KONDUROS, MCDONALD, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.